# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA AB and ASTRAZENECA PHARMACEUTICALS LP,<br><br>            Plaintiffs,<br>     v.<br><br>MYLAN PHARMACEUTICALS INC. and 3M COMPANY,<br><br>            Defendants. | Civil Action No. 18-1562-CFC |

## PLAINTIFFS' MOTION TO COMPEL

Pursuant to Federal Rule of Civil Procedure 37(a)(1) and paragraph 11 of the Court's Scheduling Order (D.I. 66), Plaintiffs AstraZeneca AB and AstraZeneca Pharmaceuticals LP (collectively, "Plaintiffs") move for an order compelling Defendants Mylan Pharmaceuticals Inc. and 3M Company (collectively, "Defendants") to produce all documents related to any product or formulation containing budesonide and formoterol that Defendants considered, tested, or developed. The grounds for Plaintiffs' motion are set forth in the supporting letter brief filed contemporaneously herewith. Plaintiffs will present their motion during a conference with the Court on October 17, 2019.

DATED: October 14, 2019

*Of Counsel:*

Christopher N. Sipes
Gary M. Rubman
Matthew Kudzin
Douglas A. Behrens
Anna Q. Han
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth St. NW
Washington, DC 20001
(202) 662-6000
csipes@cov.com
grubman@cov.com
mkudzin@cov.com
dbehrens@cov.com
ahan@cov.com

MCCARTER & ENGLISH, LLP

/s/ Daniel M. Silver
Michael P. Kelly (#2295)
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
mkelly@mccarter.com
dsilver@mccarter.com
ajoyce@mccarter.com

*Counsel for Plaintiffs AstraZeneca AB and AstraZeneca Pharmaceuticals LP*

ME1 31702834v.1